Susan L. Zabatta                    Case No. 11-10467
## AMENDED SCHEDULE F

No creditors have been added on this Amended Schedule F. The following creditors have been deleted on the Amended Schedule F:

| ACCT #: | | |
|---|---|---|
| GEMB Sleepys<br>726 Broadway<br>New York, NY | DATE INCURRED: 6/2008<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | X  $5,000.00 |

| ACCT #: xxxxx2908 | | |
|---|---|---|
| NY Times<br>229 West 43 St<br>New York, NY 10036 | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | X  $22.71 |

| ACCT #: | | |
|---|---|---|
| Manhattan Mini Storage<br>28 Second Ave.<br>New York, NY | DATE INCURRED: 1/2008<br>CONSIDERATION:<br>Arrearage<br>REMARKS: | X  $0.00 |

| ACCT #: | | |
|---|---|---|
| Riverside Syndicate Inc<br>155 Riverside Drive<br>New York, NY 10024 | DATE INCURRED:<br>CONSIDERATION:<br>Arrearage<br>REMARKS:<br>Rent arrearage | X  Unknown |